**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

WILLIAM ESTRADA,
    Plaintiff,

vs.                                    Case No.: 3:08cv467/MCR/EMT

SANTA ROSA CORRECTIONAL INSTITUTION,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 5, 2008 (Doc. 11). Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's notice of voluntary dismissal (Doc. 10) is **GRANTED** and this case is **DISMISSED without prejudice**.

    **DONE AND ORDERED** this 4th day of December, 2008.

                                                      s/ *M. Casey Rodgers*
                                                      **M. CASEY RODGERS
                                                      UNITED STATES DISTRICT JUDGE**